### 3204.   CUTTS *v.* WATT-HARLEY-HOLMES CO.

RUSSELL, J. The evidence, though conflicting, supported the verdict rendered, and none of the assignments of error are of sufficient materiality to have required the grant of a new trial. This verdict being the second verdict in behalf of the plaintiff, and being approved by the trial judge, it will not be disturbed.

> *Judgment affirmed. Pottle, J., not presiding.*
> DECIDED JANUARY 30, 1912.

Appeal; from Wilcox superior court—Judge Whipple.   December 6, 1910.

*M. B. Cannon, Max E. Land,* for plaintiff in error.
*Hal Lawson,* contra.